USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
GLORIA MARIA ROSARIO,                                            :
:
                 Plaintiff,                                   :
:      20-CV-5490 (JPC) (BCM)
      -v-                                                        :
:      NOTICE OF
ANDREW SAUL, *Commissioner of Social Security*,                  :      REASSIGNMENT
:
                 Defendant.                                   :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any conference or oral argument before the Magistrate Judge will proceed as ordered. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at** https://www.nysd.uscourts.gov/hon-john-p-cronan.

    SO ORDERED.

Dated: October 19, 2020
       New York, New York
                                              JOHN P. CRONAN
                                              United States District Judge