```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GLORIA MARIO ROSASIO,                                            :
                                                                 :
                                Plaintiff,                       :
                                                                 :   20 Civ. 5490 (JPC) (BCM)
                -v-                                              :
                                                                 :         ORDER
KILOLO KIJAKAZI, ACTING COMMISSIONER OF                          :
SOCIAL SECURITY,                                                 :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    On March 15, 2022, the Honorable Barbara C. Moses, United States Magistrate Judge, issued a report and recommendation in this case. Dkt. 27. For the avoidance of doubt, any objections to the report and recommendation, which are due March 29, 2022, should be directed to the undersigned.

    SO ORDERED.

Dated: March 24, 2022
      New York, New York

                                                JOHN P. CRONAN
                                           United States District Judge