# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GLORIA MARIA ROSARIO,

               Plaintiff,

         -v-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

              Defendant.

-----------------------------------------------------------X

20 **CIVIL** 5490 (JPC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2022, the Court has conducted a de novo review of the Report and Recommendation and finds it to be well reasoned and its conclusions well founded. Accordingly, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's motion is GRANTED, Defendant's motion is DENIED, and the case is REMANDED for further proceedings consistent with the Report and Recommendation. On remand, the ALJ should make every reasonable effort to obtain opinion evidence concerning plaintiff's physical and mental functioning from her treating sources, or failing that, from appropriate consultative examiners. Once the record is properly developed, the ALJ should reassess whether plaintiff's impairments meet or medically equal the severity of one of the listed impairments, and in so doing (with respect to plaintiff's mental impairments) should provide a reasoned analysis of both the "paragraph B" and the "paragraph C" criteria tied to specific evidence in the record. Additionally, the ALJ should reformulate plaintiff's RFC, taking into account not only her separate impairments but also their combined effect.

**Dated:** New York, New York
       March 31, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                    BY:

                                                    **Deputy Clerk**